| | |
|---|---|
| 1 | STAN S. MALLISON (Bar No. 184191) |
| |    StanM@TheMMLawFirm.com |
| 2 | HECTOR R. MARTINEZ (Bar No. 206336) |
| |    HectorM@TheMMLawFirm.com |
| 3 | LEANNA M. SAC (SBN327353) |
| |    LMSac@TheMMLawFirm.com |
| 4 | MALLISON & MARTINEZ |
| | 1939 Harrison Street, Suite 730 |
| 5 | Oakland, California 94612-3547 |
| | Telephone: (510) 832-9999 |
| | Facsimile: (510) 832-1101 |

Attorneys for Plaintiffs and a class of similar situated employees.

JOHN R. CONGER, State Bar No. 168114
SHORE, McKINLEY, CONGER & JOLLEY & GALARNEAU, LLP
3031 W. March Lane, Ste. 230
Stockton, CA 95219
Telephone: 209-477-8171
Email: jconger@smcslaw.com
Co-Counsel for Defendants
OEI HOLDINGS, LLC, FF SUB, LLC, and
DAVID N. RAJKOVICH

*(Continues on next page)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—DISTRICT OF SACRAMENTO

| | |
|---|---|
| ANGELA ALCAZAR, ROSA CAZAREZ, AMERICA DUARTE, MARIA TERESA VALDOVINOS, MARIA JUANA ZARAGOZA and LILIAN ANGUIANO, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br>OEI HOLDINGS, LLC AKA "FARMINGTON FRESH SALES, LLC" AKA "ONIONS, INC"; FF SUB, LLC, AKA "FARMINGTON FRESH CUTS, LLC"; DAVID N. RAJKOVICH; FRESH INNOVATIONS CALIFORNIA, LLC, AKA "FRESH INNOVATIONS, LLC"; AC FRESH BUYER, LLC; ARABLE CAPITAL PARTNERS, LLC; and Does 1 through 20, inclusive,<br>    Defendants. | Case No. 2:19−CV−01209−KJM−AC<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL; AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br><br>**Hon. Kimberly J. Mueller**<br><br>**Action Filed: 06/28/2019** |

CHARLES L. POST, State Bar No. 160443
RYAN E. ABERNETHY, State Bar No. 267538
WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: 916/558.6000
Facsimile: 916/446.1611
Email: cpost@weintraub.com & rabernethy@weintraub.com

Co-Counsel for Defendants
OEI HOLDINGS, LLC, FF SUB, LLC, and
DAVID N. RAJKOVICH


LISA BLANCO JIMENEZ (SBN234671)
NEUMILLER & BEARDSLEE
Attorneys and counselors
3121 W March Ln., Ste. 100,
Stockton, CA 95219-2367
Phone Number: (209) 948-8200
Fax Number: (209) 948-4910
Email: ljimenez@neumiller.com

Attorney for FRESH INNOVATIONS CALIFORNIA, LLC, AKA "FRESH INNOVATIONS, LLC";
AC FRESH BUYER, LLC; ARABLE CAPITAL PARTNERS, LLC

| | |
|---|---|
| 1 | Plaintiffs ANGELA ALCAZAR, ROSA CAZAREZ, AMERICA DUARTE, MARIA TERESA VALDOVINOS, MARIA JUANA ZARAGOZA and LILIAN ANGUIANO (the latter will be a new party to be added to the Second Amended Complaint that Plaintiffs anticipate to file shortly) (collectively referred as "PLAINTIFFS") AND Defendants FRESH INNOVATIONS CALIFORNIA, LLC, AKA "FRESH INNOVATIONS, LLC"; AND AC FRESH BUYER, LLC; ARABLE CAPITAL PARTNERS, LLC, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated tolling agreement executed by them and attached hereto as **Exhibit 1**, to the Dismissal *Without* Prejudice of this pending Action against them. This stipulation and tolling agreement do not apply to DEFENDANTS OEI HOLDINGS, LLC AKA "FARMINGTON FRESH SALES, LLC" AKA "ONIONS, INC"; FF SUB, LLC, AKA "FARMINGTON FRESH CUTS, LLC"; DAVID N. RAJKOVICH. |

Furthermore, Plaintiffs and Defendants FRESH INNOVATIONS CALIFORNIA, LLC, AKA "FRESH INNOVATIONS, LLC"; AC FRESH BUYER, LLC; AND ARABLE CAPITAL PARTNERS, LLC agreed that each party will bear their own attorney's fees and costs incurred up to the point of the dismissal of the above named parties.

Respectfully submitted,


Dated: March 19, 2020  **MALLISON & MARTINEZ**

By: /s/ Leanna M. Sac
Stan S. Mallison
Hector R. Martinez
Leanna M. Sac
Attorneys for Plaintiffs

//
//
//
//

2

**SHORE, McKINLEY, CONGER & JOLLEY & GALARNEAU, LLP**

Dated: March 19, 2020

By: /s/ Ryan Abernethy
CHARLES L. POST
RYAN E. ABERNETHY
JOHN R. CONGER
Attorneys for Defendants
David N. Rajkovich, OEI
Holdings, LLC; FF Sub, LLC

**NEUMILLER & BEARDSLEE**

Dated: March 19, 2020

By: /s/ Lisa Blanco Jimenez
LISA BLANCO JIMENEZ
Attorney for Defendants Fresh
Innovations California, LLC, Aka "Fresh
Innovations, LLC";
AC Fresh Buyer, LLC; and
Arable Capital Partners, LLC

---

## ORDER

This stipulation is approved. The entire action is dismissed without prejudice against DEFENDANTS FRESH INNOVATIONS CALIFORNIA, LLC, AKA "FRESH INNOVATIONS, LLC"; AC FRESH BUYER, LLC; AND ARABLE CAPITAL PARTNERS, LLC WITHOUT PREJUDICE as per the Parties tolling agreement.

**IT IS SO ORDERED.**

Dated: March 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE