STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
LEANNA M. SAC (SBN327353)
   LMSac@ TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs and a class of similar situated employees.

CHARLES L. POST, State Bar No. 160443
RYAN E. ABERNETHY, State Bar No. 267538
weintraub tobin chediak coleman grodin
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: 916/558.6000
Facsimile: 916/446.1611
Email: cpost@weintraub.com
           rabernethy@weintraub.com

Co-Counsel for Defendants
OEI HOLDINGS, LLC, FF SUB, LLC, and
DAVID N. RAJKOVICH

*(Continues on next page)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA—DISTRICT OF SACRAMENTO

| | |
|---|---|
| ANGELA ALCAZAR, ROSA CAZAREZ, AMERICA DUARTE, MARIA TERESA VALDOVINOS, MARIA JUANA ZARAGOZA and LILIAN ANGUIANO, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>　　vs.<br>OEI HOLDINGS, LLC AKA "FARMINGTON FRESH SALES, LLC" AKA "ONIONS, INC"; FF SUB, LLC, AKA "FARMINGTON FRESH CUTS, LLC"; DAVID N. RAJKOVICH; and Does 1 through 20, inclusive,<br>　　　　Defendants. | Case No. 2:19−CV−01209−KJM−AC<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES PURSUANT FED. R. CIV. PROC., RULE 29**<br><br>Hon. Kimberly J. Mueller<br><br>Action Filed: 06/28/2019 |

1

2  JOHN R. CONGER, State Bar No. 168114
   SHORE, McKINLEY, CONGER & JOLLEY, LLP
3  3031 W. March Lane, Ste. 230
   Stockton, CA 95219
4  Telephone: 209-477-8171
   Email: jconger@smcslaw.com
5  Co-Counsel for Defendants
   OEI HOLDINGS, LLC, FF SUB, LLC, and
6  DAVID N. RAJKOVICH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Plaintiffs ANGELA ALCAZAR, ROSA CAZAREZ, AMERICA DUARTE, MARIA TERESA VALDOVINOS, MARIA JUANA ZARAGOZA and LILIAN ANGUIANO (collectively referred as "PLAINTIFFS") AND Defendants OEI HOLDINGS, LLC, FF SUB, LLC, and DAVID N. RAJKOVICH, acting through counsel, and pursuant to Federal Rule of Civil Procedure 29(b) hereby stipulate to continue for 45 days the deadline to complete class discovery.

The current deadline to complete Class Discovery prescribed by this Court in the Minute Order issued on March 17, 2020 (Doc. 34) is February 25, 2021.  The Parties agreed to mediate this matter on June 17, 2021 with mediator Mark Rudy.  In light of the scheduled mediation the Parties believe that continuing class discovery for 45 days from the current deadline may be beneficial to the final resolution of this matter.

Accordingly, the Parties present this stipulation to continue class discovery 45 days from its current deadline to April 10, 2021.  The continuation of this deadline brings no prejudice to either party, on the contrary, continuing class discovery will allow the Parties to better assess liability in anticipation of mediation, which at the same time, would bring judicial economy.

Respectfully submitted,


Dated: January 7, 2021                    **MALLISON & MARTINEZ**

                                                   By: /s/ Leanna M. Sac
Stan S. Mallison
Hector R. Martinez
Leanna M. Sac
Attorneys for Plaintiffs

1 | **SHORE, McKINLEY, CONGER & JOLLEY, LLP**
2
3 Dated: January 7, 2021
4                              By: /s/ Ryan Abernethy
                                    CHARLES L. POST
5                                     RYAN E. ABERNETHY
                                    JOHN R. CONGER
6                                     Attorneys for Defendants
                                    David N. Rajkovich, OEI
7                                     Holdings, LLC; FF Sub, LLC

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO CONTINUE CLASS DISCOVERY & PROPOSED ORDER

**ORDER**

This stipulation is approved. Class discovery is now ordered to be completed by April 10, 2021.

**IT IS SO ORDERED.**

DATED: January 8, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE