STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
LILIANA GARCIA (Bar No. 311396)
   LGarcia@ TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

CHARLES L. POST, State Bar No. 160443
RYAN E. ABERNETHY, State Bar No. 267538
weintraub tobin chediak coleman grodin
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: 916/558.6000
Facsimile: 916/446.1611
Email: cpost@weintraub.com
       rabernethy@weintraub.com

Counsel for Defendants
OEI HOLDINGS, LLC, FF SUB, LLC, and
DAVID N. RAJKOVICH

*(Additional Counsel for Defendants listed on next page)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—DISTRICT OF SACRAMENTO

| | |
|---|---|
| ANGELA ALCAZAR, ROSA CAZAREZ, AMERICA DUARTE, MARIA TERESA VALDOVINOS, MARIA JUANA ZARAGOZA and LILIAN ANGUIANO, on behalf of themselves and all others similarly situated,<br>            Plaintiffs,<br>vs.<br>OEI HOLDINGS, LLC AKA "FARMINGTON FRESH SALES, LLC" AKA "ONIONS, INC"; FF SUB, LLC, AKA "FARMINGTON FRESH CUTS, LLC"; DAVID N. RAJKOVICH; and Does 1 through 20, inclusive,<br>            Defendants. | Case No.  2:19-CV-01209-KJM-AC<br><br>Hon. Kimberly J. Mueller<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES AND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Action Filed: June 28, 2019<br>FAC Filed: Aug. 29, 2019<br>SAC Filed: Mar. 19, 2020 |

1  JOHN R. CONGER, State Bar No. 168114
   SHORE, McKINLEY, CONGER & JOLLEY, LLP
2  3031 W. March Lane, Ste. 230
   Stockton, CA 95219
3  Telephone: 209-477-8171
   Email: jconger@smcslaw.com
4
   Counsel for Defendants
5  OEI HOLDINGS, LLC, FF SUB, LLC, and
   DAVID N. RAJKOVICH

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Plaintiffs ANGELA ALCAZAR, ROSA CAZAREZ, AMERICA DUARTE, MARIA TERESA VALDOVINOS, MARIA JUANA ZARAGOZA and LILIAN ANGUIANO (collectively, "Plaintiffs") and Defendants OEI HOLDINGS, LLC, FF SUB, LLC, and DAVID N. RAJKOVICH (collectively, "Defendants"), by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 29, hereby stipulate to continue the pre-trial case scheduling order (Doc. 34) and the Order Continuing Class Discovery (Doc. 45) as described below.

WHEREAS, the deadline for Plaintiffs to file their Motion for Class Certification is currently set for May 21, 2021 (the opposition and reply memorandum are due on June 4, 2021 and June 11, 2021, respectively). The hearing on Plaintiffs' Motion for Class Certification is scheduled to be heard on June 18, 2021. The Parties are scheduled to mediate this matter with mediator Mark Rudy on June 17, 2021. Given the timing of the mediation and the Parties' focus on mediation and resolving the matter, the Parties stipulate to continuing the class discovery cutoff date and class certification hearing schedule.

1. Class discovery shall be completed by August 2, 2021 (approximately 45 days following mediation);
2. The hearing on Plaintiffs' Motion for Class Certification shall be continued to November 5, 2021, or to a subsequent date based on the Court's calendar.

**IT IS SO STIPULATED**.

//

//

//

//

//

Respectfully submitted,

Dated: March 26, 2021                              **MALLISON & MARTINEZ**

By: /s/ Liliana Garcia
Stan S. Mallison
Hector R. Martinez
Liliana Garcia

Attorneys for Plaintiffs


Dated: March 26, 2021                              **weintraub tobin chediak coleman grodin**

By: /s/ Ryan E. Abernethy
Ryan E. Abernethy

Attorneys for Defendants

# ORDER

The Court, having fully considered the Parties' JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES AND CLASS CERTIFICATION BRIEFING SCHEDULE HEREBY ORDERS as follows:

1. Class discovery shall be completed by August 2, 2021 (approximately 45 days following mediation);

2. The hearing on Plaintiffs' Motion for Class Certification shall be continued to November 19, 2021.

**IT IS SO ORDERED.**

DATED:  April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES AND CLASS
CERTIFICATION BRIEFING SCHEDULE
Case No. 2:19-CV-01209-KJM-AC