STAN S. MALLISON (Bar No. 184191)
　StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
　HectorM@TheMMLawFirm.com
DANIEL C. KELLER (Bar No. 332576)
　DKeller@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA ALCAZAR, ROSA CAZAREZ, AMERICA DUARTE, MARIA TERESA VALDOVINOS, and MARIA JUANA ZARAGOZA, and LILIAN ANGUIANO, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>OEI HOLDINGS, LLC AKA "FARMINGTON FRESH SALES, LLC" AKA "ONIONS, INC."; FF SUB, LLC, AKA "FARMINGTON FRESH CUTS, LLC"; and DAVID N. RAJKOVICH,<br><br>DEFENDANTS. | Case No.: 2:19-CV-01209-KJM-AC<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Complaint filed: June 28, 2019<br><br>Date: October 13, 2023<br>Time: 10:00 a.m.<br>Ctrm: 3, 15th Floor<br><br>*Before the Hon. Kimberly J. Mueller* |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on October 13, 2023, at 10:00 a.m., before the Honorable Kimberly J. Mueller of the United States District Court, Eastern District of California, Sacramento Division, in Courtroom 3, 15th Floor, at 501 I Street, Sacramento, California, Plaintiffs ANGELA ALCAZAR, ROSA CAZAREZ, AMERICA DUARTE, MARIA TERESA VALDOVINOS, MARIA JUANA ZARAGOZA, and LILIAN ANGUIANO ("Plaintiffs") will, and hereby do, move for an Order: (1) granting final approval of the class and collective action settlement; (2) granting final certification of the settlement class; (3) final approval and direction of distribution of the Class Notice and related materials to the Class; (4) final approval of appointment of Class Representatives, Class Counsel, and Settlement Administrator; and (5) finalizing a final approval schedule.

Plaintiffs bring this Motion on the grounds that, after arms-lengths negotiations, the parties have reached a fair, reasonable, and adequate settlement that is within the range of final court approval and has been revised in satisfaction of this Court's Order regarding the Motion for Preliminary Approval accordingly. This Motion is based on this Notice and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Stan Mallison, including attached exhibits and the proposed Class Notice, the record on file herein, and any other evidence and oral argument that may be presented at the hearing, and such other matters of which the Court may take judicial notice.

Dated: September 2, 2023                     **MALLISON AND MARTINEZ**

By: _____
Stan S. Mallison
Hector R. Martinez
Dan Keller
Attorneys for Plaintiffs

2
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL     CASE NO. 2:19-CV-01209-KJM-AC